UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XACTWARE SOLUTIONS, INC., *et al.*, | Case No. MC18-0003RSL |
| Petitioners, | |
| v. | ORDER |
| DAVID V. CARLSON, *et al.*, | |
| Respondents. | |

This matter comes before the Court on respondents' opposition to petitioner's motion to compel compliance with subpoenas. In light of the opposition, the Clerk of Court is directed to give this matter a civil action number and assign it in rotation.

Dated this 23rd day of January, 2018.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER