UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

XACTWARE SOLUTIONS, INC., *et al.*,

        Petitioners,

    v.

DAVID V. CARLSON, *et al.*,

        Respondents.

Case No. C18-0103RSL

ORDER DENYING MOTION TO COMPEL AND DISMISSING CASE

This matter comes before the Court on petitioner's motion to compel compliance with subpoenas issued in connection with a patent infringement case pending in the District of New Jersey. Xactware sought discovery related to an inequitable conduct defense it asserted in the underlying case. Dkt. # 1 at 5. That defense has now been stricken, a fact which respondents brought to the Court's attention on April 9, 2018. Dkt. # 19. Xactware has not shown that the discovery it seeks is relevant to any claim or defense at issue in the underlying litigation. That Xactware may, at some future date, be able to adequately allege inequitable conduct does not make the issue relevant or otherwise the proper subject of discovery. The motion to compel is therefore DENIED and this matter is DISMISSED.

Dated this 20th day of April, 2018.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO COMPEL
AND DISMISSING CASE