United States District Court
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| XACTWARE SOLUTIONS, INC., *et al.*,<br><br>v.<br><br>DAVID V. CARLSON, *et al.* . | JUDGMENT IN A CIVIL CASE<br><br><br>CASE NUMBER: C18-103RSL |

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

For the reasons stated in the Court's Order Denying Motion to Compel and Dismissing Case dated April 20, 2018, judgment is hereby entered in favor of respondents and against petitioners.


April 24, 2018                    William M. McCool
                                  Clerk


                                  /s/Sharita Tolliver
                                  By, Deputy Clerk